Gary Lee **OLSON, Plaintiff–Appellant,**

v.

**Willie J. HUNTLEY, Jr., Defendant–Appellee.**

No. 03–60386
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 9, 2003.

Gary Lee Olson, pro se, Theodore, AL, for Plaintiff–Appellant.

Willie J. Huntley, Jr., pro se, Mobile, AL, for Defendant–Appellee.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

Gary Lee Olson appeals the district court's dismissal of his civil fraud lawsuit against his former attorney, Willie J. Huntley, Jr., in which Olson alleged that Huntley had misappropriated a $2000 cash bond posted by Olson in connection with a criminal matter. Olson argues that the district court erred in dismissing the lawsuit on the basis of improper venue, but the record reflects that the district court dismissed the suit for lack of subject matter jurisdiction. The district court did not err in dismissing the suit; the case did not present a federal question and the amount

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in controversy was insufficient to meet the requirements of diversity jurisdiction. *See* 28 U.S.C. §§ 1331, 1332.

This appeal is without arguable merit and is thus frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Because the appeal is frivolous, it is DISMISSED. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.